STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
JAMIE A. LANG (Cal. Bar No. 253769)
Assistant United States Attorneys
Organized Crime Drug Enforcement Task Force Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5725/2652
    Facsimile: (213) 894-0142
    E-mail:   julie.shemitz@usdoj.gov
               jamie.lang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>PACIFIC EUROTEX, ET AL.,<br><br>    Defendants. | No. CR 14-521-JAK<br><br>DECLARATION OF LARRY CHACON |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julie J. Shemitz and Jamie A. Lang, hereby files the Declaration of Larry Chacon

//

//

in support of the Government's Omnibus Opposition to Defendants' Motions to Suppress Search Warrant Evidence (Docket ## 100, 101, 102, 104).

Dated: December 22, 2014         Respectfully submitted,

                                 STEPHANIE YONEKURA
                                 Acting United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                        /s/
                                 ─────────────────────────────
                                 JULIE J. SHEMITZ
                                 JAMIE A. LANG
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DECLARATION OF LARRY CHACON

I, LARRY CHACON, declare as follows: I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("HSI/ICE"), a position I have held since 2003. Prior to 2003, I was a Special Agent assigned to the former Immigration and Naturalization Service ("INS"), which I joined in April 1996. In 2009, I was on detail for several months at the Calexico border, where I assisted in the prosecution of narcotics offenses. I am currently assigned to the Intellectual Property Rights Frauds and Immigration Benefits Fraud Groups. As a Special Agent, I have participated in the execution of over 50 search warrants.

2. On September 10, 2014, I was assigned to assist in the search of a building located at 1433 Griffith Avenue, Los Angeles, California. Specifically, I was assigned to take photographs during the execution of the search and create a log of those photographs, as well as make a video recording, which I did at the conclusion of the search. Prior to September 10, 2014, I was not involved in the investigation of Pacific Eurotex Corp. Based on my review of the search warrant affidavit, however, which I had read the day before the search, I understood Pacific Eurotex was an importer and exporter of fabric.

3. When we arrived at the building, I saw a large sign over the entrance that stated "Pacific Eurotex Co.," "Textile," and a telephone number. I did not see any other business names on the front of the building. Exhibits 1 and 2 are photographs I took of

the entrance to the building located at 1433 Griffith Avenue, Los Angeles, California the morning of September 10, 2014. Exhibit 3 is a photograph I took of the left side of the building, while Exhibit 4 is a photograph I took of the right side of the building. As reflected in Exhibits 3 and 4, the signs on each side of the building stated "Pacific Eurotex Co., Textile Importer Wholesaler,"[1] below which there were telephone and facsimile numbers. No other business names were listed on either side of the building.

    4. When we first arrived at the lobby, I saw two closed doors, one to the right and one to the left, and a reception window. Neither of these doors was locked. I recall seeing a sign under the reception window that read "Pacific Eurotex," but did not see any signs for any other business in the lobby. Exhibits 5 and 6 are photographs I took of the lobby area, an area that has been since been labeled room "A" on the sketch of the building that was done the day of the search, a copy of which is attached hereto as Exhibit 7.

    5. After entering the lobby, we executed a protective sweep of the building to secure it. As we returned to the lobby, an individual (who I believe was a family member of one of the owners) approached our team, and began talking with our team leader, Supervisory Special Agent Joseph Gutierrez. While I did not speak with this individual directly, I heard him tell Agent Gutierrez that the door to the right leads to a separate business. After speaking with this individual for some time, Agent Gutierrez told us to proceed with the search of the building.

---

[1] The sign on the left side of the building is missing the letter "t" from "Importer" and the letters "o" and "l" from "Wholesaler."

6. During the search, agents called me over when they identified evidence or items to be seized, and I would take a photograph to document the condition in which the evidence or item was found. As explained above, I helped draft a log of the photographs I took during the execution of the search, a true and accurate copy of which is attached hereto as Exhibit 8. As reflected in that log, I took photographs of invoices that were found in rooms "M" and "O," copies of which are attached hereto as Exhibits 9 and 10, respectively. As depicted in the photographs, both invoices are for Pacific Eurotex Corp. Room "M" was the largest office in the building, and appeared to be the building's main executive office.

7. Exhibit 11 is a DVD containing a true and correct copy of the video recording I took after the completion of the search (Bates stamped 1033). As reflected in the recording, some of the rooms on the right wing of the building contain fabric samples and racks of fabric, similar to the rooms on the left wing of the building. A person also can walk from the right wing of the building into the central part of the building, labeled room "N" on Exhibit 7, a warehouse type room containing bolts and racks of fabric, and continue walking through room "N" into the left wing of the building. In fact, as the video demonstrates, a person can make a sharp right after leaving room "M," which is located in the right wing of the building, through a door, to enter room "N."

8. Exhibits 12-28 are true and accurate copies of screenshots taken from the above-referenced video recording:

   a. Exhibit 12 is a screenshot of the door in the lobby that leads to the left wing of the building. As reflected in Exhibit

12, the sign on the door reads "Please Wait on the Lounge Until You Are Served."

      b.    Exhibit 13 is a screenshot of the side of the door in the lobby that leads to the right wing of the building.

      c.    Exhibit 14 is a screenshot of the door to room "E," which is located in the left wing of the building, and Exhibit 15 is a screenshot of the contents of room "E." As reflected in Exhibit 15, room "E" contains many racks of fabric.

      d.    Exhibit 16 is a screenshot of the door to room "N," which is the central room in the building, and Exhibit 17 is a screenshot of the contents of room "N." As reflected in Exhibit 17, room "N" is a large warehouse-type room that contains many bolts and racks of fabric.

      e.    Exhibit 18 is a screenshot of doors leading to rooms "M" and "N." As depicted in the photograph, to enter room "N" from room "M," which is located in the right wing of the building, a person can make a sharp right after leaving room "M," through a door, to enter room "N."

      f.    Exhibit 19 is a screenshot of the walkway between room "N" and the offices directly adjacent to it. The first door on the right of this screenshot leads to room "O," followed by doors to rooms "P" and "Q." As depicted in the photograph, and based on my review of the video recording, rooms "O," "P" and "Q," all of which are located in the right wing of the building, open up directly into room "N."

      g.    Exhibit 20 is a screenshot of the door to room "P," which is located in the right wing of the building, and Exhibits 21 and 22 are screenshots of the contents of room "P." As reflected in

Exhibit 22, a suitcase containing fabric samples is visible in room "P."

    h.   Exhibit 23 is a screenshot of the door to room "Q," which is located in the right wing of the building, and Exhibit 24 is a screenshot of the contents of room "Q." As reflected in Exhibit 24, room "Q" contains many racks of fabric.

    i.   Exhibit 25 is a screenshot of the door to room "S," which is located in the right wing of the building, and Exhibit 26 is a screenshot of the contents of room "S." As reflected in Exhibit 26, room "S" contains racks of fabric.

    j.   Exhibit 27 is a screenshot of the door to room "W," which is located in the left wing of the building, and Exhibit 28 is a screenshot of the contents of room "W." As reflected in Exhibit 28, room "W" contains many bolts and racks of fabric.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 21, 2014.

_____
LARRY CHACON