# EXHIBIT 1



PEC_011785