# EXHIBIT 7



PEC_050010



PEC_050012